JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CV 14-5436 FMO (Ex) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| JUAN M. BARRERA, et al., ) | |
| Defendants. ) | |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT:

1. Default judgment shall be entered in favor of plaintiff United States of America ("plaintiff") and against defendant Juan M. Barrera d/b/a Solarx Auto Insurance Agency ("defendant"), in the amount of $22,124.70 in principal, $7,526.76 in administration charges, $1,927.48 in attorney's fees, and $477.50 in costs, for a total amount of $32,056.44.

2. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make them operative in any future proceedings.

Dated this 16th day of December, 2014.

/s/
Fernando M. Olguin
United States District Judge